# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EULA CYNTHIA WARE,** | : |
| **Plaintiff,** | : |
| vs. | :   **CIVIL ACTION 05-0190-WS-D** |
| **THELMA L. CARLISLE,** | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and failure to obey the orders of the court.

**DONE** and **ORDERED** this 10th day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE