# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **EULA CYNTHIA WARE,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 05-0190-WS-D** |
| **THELMA L. CARLISLE,** | : | |
| **Defendant.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 10th day of August, 2005.

                                           s/WILLIAM H. STEELE
                                           UNITED STATES DISTRICT JUDGE